AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scheindlin, Shira A. | S.D.N.Y. | 09/29/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge/senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

USDC-SDNY
500 Pearl Street
New York, N.Y. 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Justice Resource Center |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | West Services, Inc. Book Royalties | $5,223.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2014 | State University of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 1/29/14-2/01/14 | Tampa, FL | Speaker | Travel, Food, Lodging |
| 2. | University of Miami Law School | 2/14/14-2/16/14 | Miami, FL | Speaker | Travel, Food, Lodging |
| 3. | IQPC | 2/21/14-2/28/14 | Berlin, Germany | Speaker | Travel, Food, Lodging |
| 4. | Arizona State University | 3/11/14-3/15/14 | Tempe, AZ | Speaker | Travel, Food, Lodging |
| 5. | Arizona State University | 3/27/14-3/29/14 | Tempe. AZ | Speaker | Travel,. Food, Lodging |
| 6. | DePaul University | 4/23/14-4/25/14 | Chicago, Illinois | Speaker | Travel, Food, Lodging |
| 7. | Guidance Software | 5/19/14-5/20/14 | Las Vegas, NV | Speaker | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Scheindlin, Shira A. | 09/29/2015 |

| | | | | |
| --- | --- | --- | --- | --- |
| 8. | American Bar Association | 5/30/14-5/31/14 | Philadelphia, PA | Attend Meeting | Travel, Food, Lodging |
| 9. | American Bar Associationl | 8/7/14-8/8/14 | Boston, Mass. | Speaker, Attend Meeting | Travel, Food, Lodging |
| 10. | Northern Kentucky University | 9/2314-9/24/14 | Highland Heights, KY | Speaker | Travel, Food, Lodging |
| 11. | American Conference Institute | 9/26/14-9/30/14 | PLos Angeles, CA | Speaker | Travel, Food, Lodging |
| 12. | University of Missouri | 10/11/14-10/14/14 | Kansas City, MI | Speaker | Travel, Food, Lodging |
| 13. | Howard University | 10/17/14-10/17/14 | Washington DC | Speaker | Travel, Food |
| 14. | Loyola University of Chicago | 10/23/14-10/24/14 | Chicago, IL | Speaker | Travel, Food, Lodging |
| 15. | The Sedona Conference | 11/04/14-11/07/14 | New Orleans, LA | Speaker | Travel, Food, Lodging |
| 16. | University of Pennsylvania | 11/14/14-11/14/14 | Philadelphia, PA | Speaker | Travel, Food |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property #1, Brooklyn, Kings County, NY | F | Rent | P1 | W | | | | | |
| 2. | IRA #1 (formerly Equity Services, now TIAA-CREF) | | | | | | | | | |
| 3. | Sentinel Intl Equity Class A (SWRLX) | | None | | | Sold | 04/07/14 | K | E | |
| 4. | Sentinel Small Company A (SAGWX) | | None | | | Sold | 04/07/14 | K | E | |
| 5. | Sentinel Common Stock Class A (SENCX) | A | Dividend | | | Sold | 04/07/14 | L | E | |
| 6. | Alger Spectra Fund (SPECX) | | None | | | Sold | 04/07/14 | K | D | |
| 7. | JP Morgan Mid Cap Value Fund (JAMCX) | | None | | | Sold | 04/07/14 | K | D | |
| 8. | JohnHancock STR Inc (JIPAX) | A | Dividend | | | Sold (part) | 04/07/14 | K | B | |
| 9. | | | | | | Sold | 04/14/14 | J | A | |
| 10. | PIMCO Real Return Cl A (PRTNX) | A | Dividend | | | Sold (part) | 04/07/14 | K | A | |
| 11. | | | | | | Sold | 04/14/14 | J | A | |
| 12. | Sunamerica focussws dividend (FDSAX) | A | Dividend | | | Sold | 04/07/14 | K | D | |
| 13. | Prime Fund Daily Money Class (sweep account) * | A | Dividend | | | Closed | 04/03/14 | J | A | |
| 14. | TIAA-CREF Emerging Mkts Equity Index Fd (TEQLX) | A | Dividend | K | T | Buy | 04/07/14 | K | | |
| 15. | | | | | | Buy (add'l) | 12/30/14 | J | | |
| 16. | TIAA-CREF Int'l Equity Index FD (TCIEX) | A | Dividend | K | T | Buy | 04/07/14 | K | | |
| 17. | | | | | | Buy (add'l) | 12/16/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ishares TR Msci EAFE small cap etf (SCZ) | A | Dividend | K | T | Buy | 04/07/14 | K | | |
| 19. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 20. ishares TR Tips BD ETF (TIP) | A | Dividend | J | T | Buy | 04/07/14 | J | | |
| 21. | | | | | Buy (add'l) | 04/08/14 | J | | |
| 22. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 23. ishares TR Russell Mid-Cap Value ETF (IWS) | A | Dividend | K | T | Buy | 04/07/14 | K | | |
| 24. ishares TR Russell Mid-cap ETF (IWR) | A | Dividend | K | T | Buy | 04/07/14 | K | | |
| 25. ishares TR Russell 2000 Value ETF (IWN) | A | Dividend | J | T | Buy | 04/07/14 | J | | |
| 26. ishares TR Russell 2000 Growth ETF (IWO) | A | Dividend | J | T | Buy | 04/08/14 | J | | |
| 27. TIAA-CREF Large Cap Value Index FD (TILVX) | A | Dividend | K | T | Buy | 04/07/14 | K | | |
| 28. | A | Distribution | | | | | | | |
| 29. TIAA-CREF Large Cap Growth Index FD (TILIX) | A | Dividend | K | T | Buy | 04/07/14 | K | | |
| 30. | A | Distribution | | | Buy (add'l) | 04/08/14 | J | | |
| 31. TIAA-CREF Bond Index FD (TBIIX) | A | Dividend | J | T | Buy | 04/07/14 | J | | |
| 32. | A | Distribution | | | | | | | |
| 33. Fidelity Advisor Emerging Mkts (FMKIX) | A | Dividend | J | T | Buy | 04/07/14 | J | | |
| 34. | A | Distribution | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR SER TR Dow Jones REIT (RWR) | A | Dividend | J | T | Buy | 04/07/14 | J | | |
| 36. ishares TR IBOXX $ Hi-Yield BD ETF (HYG) | A | Dividend | J | T | Buy | 04/07/14 | J | | |
| 37. Dreyfus Gov't Prime Inv Sh (IRA Cash Sweep Acct) | A | Interest | J | T | Buy | 04/07/14 | J | | |
| 38. Retirement Accounts | | | | | | | | | |
| 39. Teachers Insurance Annuity Association | F | Interest | P1 | T | | | | | |
| 40. College Retirement Equities Fund | A | Dividend | P1 | T | | | | | |
| 41. Supplemental and Group Retirement Anuities | A | Dividend | O | T | | | | | |
| 42. Other Miscellaneous Investments/Bank Accounts | | | | | | | | | |
| 43. AXA Financial Insurance Company Stock | A | Int./Div. | J | T | | | | | |
| 44. Pfizer | C | Dividend | L | T | | | | | |
| 45. Investors Bank | A | Interest | J | T | | | | | |
| 46. Investors Bank | A | Interest | J | T | | | | | |
| 47. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 48. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 49. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 50. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 51. Chase Manhattan Bank | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Chase Manhattan Bank | A | Interest | M | T | | | | | |
| 53. Brokerage Account #1 (US Trust) | | | | | | | | | |
| 54. ASTON Montag & Caldwell Grth FD CL 1 (MCGIX) | A | Dividend | L | T | | | | | |
| 55. | D | Distribution | | T | | | | | |
| 56. Columbia DIV. INC FD CLZ (GSFTX) | D | Dividend | N | T | Sold (part) | 02/28/14 | J | B | |
| 57. | E | Distribution | | T | | | | | |
| 58. Columbia FDS SER TR 1 Select LGE CAP Grth FD CL Z (UMLGX) | B | Distribution | M | T | | | | | |
| 59. | B | Dividend | | | | | | | |
| 60. BOFA NY Tax Exempt Res. Tr. Cl.(cash sweep) | A | Dividend | K | T | | | | | |
| 61. Columbia Small Cap Grth FD (CMSCX) | C | Distribution | K | T | | | | | |
| 62. Columbia NY Inter Muni Bd Fund Cl Z (GNYTX) | B | Interest | L | T | | | | | |
| 63. Columbia Short Term Muni Bd Fd Cl Z | A | Int./Div. | J | T | Sold (part) | 06/10/14 | J | | |
| 64. Janus Invest. FD Enterprise (JMGRX) | A | Dividend | M | T | | | | | |
| 65. Lazard Fd. Inc. Emerg. Mkts. (LZEMX) | A | Dividend | K | T | | | | | |
| 66. | A | Distribution | | | | | | | |
| 67. Thornburg Int. Value Fd (TGVIX) | A | Dividend | K | T | | | | | |
| 68. | C | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Harbor Intl Fund (HAINX) | A | Int./Div. | K | T | | | | | |
| 70. Vanguard REIT ETF | A | Dividend | | | Sold | 03/04/14 | J | B | |
| 71. AQR Diversified Arbitrage fund | A | Int./Div. | | | Sold | 12/31/14 | K | | |
| 72. Columbia High Yield Municipal Fund (SHRMX) | A | Interest | K | T | Buy (add'l) | 02/28/14 | J | | |
| 73. Eaton Vance Atlanta Cap. (EISMX) | | None | K | T | | | | | |
| 74. Columbia Emerging Mkt Fd Cl Z (UMEMX) | A | Dividend | L | T | Buy (add'l) | 10/20/14 | J | | |
| 75. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 76. Ivy Asset Strategy Fd | A | Int./Div. | | | Buy (add'l) | 02/28/14 | J | | |
| 77. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 78. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 79. | | | | | Sold | 12/31/14 | K | | |
| 80. PIMCO All Assets All AUTH. Fd. | B | Int./Div. | | | Buy (add'l) | 02/28/14 | J | | |
| 81. | | | | | Sold | 12/10/14 | K | | |
| 82. PIMCO All Asset FD | | None | K | T | Buy | 12/10/14 | K | | |
| 83. Artisan Int. Fd (ARTIX) | A | Dividend | M | T | Buy (add'l) | 11/05/14 | L | | |
| 84. Oppenheimer Intl Gth Fd | A | Int./Div. | M | T | Sold (part) | 11/05/14 | L | | |
| 85. PIMCO Commodities Plus Strategies | C | Dividend | L | T | Sold (part) | 10/20/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Distribution | | | Buy (add'l) | 12/10/14 | L | | |
| 87. Prudential Global Real Estate (PURZX) | A | Dividend | K | T | | | | | |
| 88. Robeco Boston Partners Long/Short Research Fund (BPIRX) | B | Distribution | L | T | Buy (add'l) | 02/28/14 | J | | |
| 89. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 90. Franklin FTLG Rate Daily Access Fd | B | Int./Div. | | | Sold | 02/28/14 | K | A | |
| 91. PIMCO Commodity Real Return | | None | | | Buy | 10/20/14 | L | | |
| 92. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 93. | | | | | Sold | 12/10/14 | L | | |
| 94. AMG (Managers)Real Estate Secs. FD (MRESX) | A | Dividend | L | T | Buy | 02/28/14 | K | | |
| 95. | B | Distribution | | | Buy (add'l) | 10/20/14 | J | | |
| 96. Columbia Tax-Exempt FD | | None | K | T | Buy | 02/28/14 | K | | |
| 97. Victory Small Co Oppty FD | C | Distribution | K | T | Buy | 02/28/14 | J | | |
| 98. | A | Dividend | K | T | Buy (add'l) | 06/10/14 | J | | |
| 99. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 100. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 101. Brokerage Acct. #2 (TIAA-CREF) | | | | | | | | | |
| 102. Fidelity Advantage Small Cap.(FSCTX) | D | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity Advantage Mid Cap (FMCAX) | A | Dividend | L | T | | | | | |
| 104. Barclays Bk MSCI India (INP) | | None | | | Sold | 04/15/14 | J | A | |
| 105. MSCI Pacific (EPP) | A | Dividend | | | Sold | 04/15/14 | K | A | |
| 106. MSCI Mexico (EWW) | A | Dividend | | | Sold | 04/15/14 | J | A | |
| 107. MSCI Hong Kong (EWH) | A | Dividend | K | T | | | | | |
| 108. SPDR Gold Trust (GLD) | | None | K | T | | | | | |
| 109. Harbor Bond Fund (HABDX) | A | Int./Div. | | | Sold | 04/15/14 | K | A | |
| 110. Long Leaf Partners Fund (LLPFX) | A | Dividend | J | T | | | | | |
| 111. | B | Distribution | | | | | | | |
| 112. Perritt Micro Cap FD (PRCGX) | B | Distribution | K | T | | | | | |
| 113. Scottrade Sweep US Bank NA | A | Interest | | | Closed | 04/15/14 | J | A | |
| 114. Oakmark Select Fund (OAKLX) | B | Distribution | J | T | | | | | |
| 115. Fairholme Fund (FAIRX) | A | Distribution | J | T | | | | | |
| 116. SPDR Series TR S&P regl. B (KRE) | A | Dividend | J | T | | | | | |
| 117. PIMCO Emerging Local Bond fund (PLBDX) | A | Int./Div. | | | Sold | 04/15/14 | J | A | |
| 118. M& I marshall Ilsley Bank (sweep Acc't) | | None | | | Closed | 04/15/14 | J | A | |
| 119. Federated NY Muni Cash Series (TIAA-CREF sweep) | A | Interest | J | T | Open | 04/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Brokerage Acct. #3 (TIAA-CREF) | | | | | | | | | |
| 121. Bernstein Diversified Mun Portfolio Fund Advisor (SNDPX) | A | Distribution | J | T | Buy | 04/15/14 | J | | |
| 122. TIAA-CREF Emerging Mkts Equity Index FD (TEQLX) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 123. Franklin Hi-Yield Tax Free Income FD (FHYVX) | A | Distribution | J | T | Buy | 04/15/14 | J | | |
| 124. Thornburg Intermed Municipal National Inst (THMIX) | A | Distribution | J | T | Buy | 04/15/14 | J | | |
| 125. Wells Fargo Advtg Ultra Short term Muni income fd (SMAVX) | A | Distribution | J | T | Buy | 04/15/14 | J | | |
| 126. T Rowe Price Summit Muicipal Intermediate (PRSMX) | A | Distribution | J | T | Buy | 04/15/14 | J | | |
| 127. Fidelity Advisor Emerging Mkts Income (FMKIX) | A | Distribution | J | T | Buy | 04/15/14 | J | | |
| 128. | A | Dividend | | | | | | | |
| 129. ishares TR MSCI EAFE ETF (EFA) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 130. ishares TR Russell Mid-cap value ETF (IWS) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 131. ishares TR Russell mid-cap ETF (IWR) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 132. ishares TR Russell 1000 Value ETF (IWD) | A | Dividend | K | T | Buy | 04/15/14 | K | | |
| 133. ishares TR Russell 1000 Growth ETF (IWF) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 134. ishares TR Russell 2000 Value EYF (IWN) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 135. | A | Distribution | | | | | | | |
| 136. ishares TR Russell 2000 Growth ETF (IWO) | A | Dividend | J | T | Buy | 04/15/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ishares TR MSCI EAFE Small Cap ETF (SCZ) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 138. SPDR Ser TR Dow Jones Reit ETF (RWR) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 139. Brokerage Acc't # 4 (Scottrade) | | | | | | | | | |
| 140. Vanguard Int'l Growth Fund VWIGX | A | Dividend | J | T | | | | | |
| 141. Windstream (WIN) | A | Dividend | J | T | | | | | |
| 142. Markwest (MWE) | A | Int./Div. | J | T | | | | | |
| 143. SPDR Index SHS FDS INT ETF (IPF) | A | Int./Div. | J | T | | | | | |
| 144. MSCI Hong Kong (EWH) | A | Int./Div. | J | T | | | | | |
| 145. Fairholme FND (FAIRX) | A | Distribution | J | T | Buy | 08/05/14 | J | | |
| 146. US Bank NA (sweep acc't) | A | Interest | J | T | | | | | |
| 147. Fidelity Nordic (FNORX) | A | Int./Div. | J | T | | | | | |
| 148. Fidelity EMEA FND (FEMEX) | A | Int./Div. | J | T | | | | | |
| 149. Fidelity Emerging Asia FND (FSEAX) | A | Int./Div. | J | T | | | | | |
| 150. Fidelity Value Fund (FDVLX) | A | Dividend | J | T | Buy | 02/06/14 | J | | |
| 151. Columbia Aggressive Value (CAMAX) | A | Dividend | J | T | Buy | 07/10/14 | J | | |
| 152. T Rowe Price Cap Appreciation FND (PRWCX) | A | Dividend | J | T | | | | | |
| 153. Powershares Dynamic FND (PBE) | A | Dividend | J | T | Buy | 02/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Market Vectors Gold FND (GDX) | A | Dividend | J | T | | | | | |
| 155. ishares TR Nasdaq Biotech ETF (IBB) | A | Dividend | J | T | Buy | 09/30/14 | J | | |
| 156. ETF GXC | A | Dividend | | | Sold | 08/05/14 | J | | |
| 157. Market Vectors Brazil Small Cap ETF BRF | | | | | Sold | 08/05/14 | J | | |
| 158. Brokerage Account #5 (JP Morgan Chase) | | | | | | | | | |
| 159. SPDR S & P 500 ETF (SPY) | A | Dividend | J | T | Sold (part) | 07/25/14 | J | A | |
| 160. American Century Interterm (AXBIX) | A | Dividend | J | T | | | | | |
| 161. Black Rock FDS US (BHYIX) | A | Dividend | J | T | | | | | |
| 162. Cohen & Steers Realty (CSDIX) | A | Dividend | | | Sold | 11/19/14 | J | A | |
| 163. Goldman Sachs Emerging Market (GSDIX) | A | Dividend | J | T | | | | | |
| 164. Oakmark Fund (OAKMX) | A | Dividend | J | T | | | | | |
| 165. JP Morgan TRI/inter tax free BD FND Instlk CL (JITIX) | A | Dividend | J | T | | | | | |
| 166. JP Morgan TR1 U S Equity FD Instl Cl (JMUEX) | A | Dividend | J | T | | | | | |
| 167. JP Morgan TR1/Midcap Equity (VSNGX) | A | Dividend | J | T | | | | | |
| 168. | A | Distribution | | | | | | | |
| 169. JP Morgan TR 1 Int"l Value FD Instl Cl (JNUSX) | A | Dividend | J | T | | | | | |
| 170. JP Morgan TRI Em. Mkts Equity FDS Instl (JMIEX) | A | Dividend | | | Sold (part) | 02/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 09/19/14 | J | A | |
| 172. JPMorgan High Yield (OHYFX) | A | Dividend | J | T | | | | | |
| 173. JP Morgan TR II Short Inter Mun Bd Fd Instl (JIMIX) | A | Dividend | J | T | | | | | |
| 174. MFS Ser. Tr. X Emerging Market (MEDIX) | A | Dividend | J | T | | | | | |
| 175. T Rowe Price Tax Free Income (PATAX) * | | | | | | | | | |
| 176. T Rowe Price Summit (PRSMX) | A | Dividend | J | T | | | | | |
| 177. Thornburg International Value Fund (TGVIX) | A | Dividend | | | Sold (part) | 02/10/14 | J | A | |
| 178. | | | | | Sold | 03/07/14 | J | A | |
| 179. Vanguard Sector Index Funds (VNQ) | A | Dividend | | | Sold | 11/19/14 | J | | |
| 180. iShares Trust Russell 2000 (IWM) | A | Dividend | J | T | | | | | |
| 181. John Hancock Inc. Fd (JSTIX) | A | Dividend | J | T | | | | | |
| 182. Massachusetts Investors (MITIX) | A | Dividend | J | T | | | | | |
| 183. Mainstay (MHYIX) | A | Dividend | J | T | | | | | |
| 184. MFS Research International (MRSIX) | A | Dividend | J | T | | | | | |
| 185. American Century Value Fund (AVLIX) | A | Dividend | J | T | | | | | |
| 186. Goldman Sachs Small Cap (GSSIX) | A | Dividend | J | T | | | | | |
| 187. JP Morgan TRI Small Cap (VSEIX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | A | Distribution | | | | | | | |
| 189. JP Morgan Growth Advantage (JGASX) | A | Distribution | J | T | | | | | |
| 190. Wells Fargo Advantage FDS - Emerging Mkts Equity FD Admin (EMGYX) | A | Dividend | | | Merged (with line 191) | 08/08/14 | J | | |
| 191. Wells Fargo Adv FDS - Emerging Mkts Equity FD Inst'l (EMGNX) | A | Distribution | J | T | Open | 08/08/14 | J | | |
| 192. | | | | | Sold (part) | 09/19/14 | J | A | |
| 193. ishares MSCI EAFE ETF (EFA) | A | Dividend | J | T | Buy (add'l) | 02/10/14 | J | | |
| 194. Alliance Bernstein Inter (AIDAX) | A | Dividend | J | T | | | | | |
| 195. PIMCO Low Duration Fund (PTLDX) | A | Dividend | J | T | | | | | |
| 196. JP Morgan TR 1 US Equity Fd Instl CL (JMUEX) | A | Dividend | J | T | | | | | |
| 197. | A | Distribution | | | | | | | |
| 198. Dodge & Cox Funds (DODFX) | A | Dividend | J | T | Buy | 09/19/14 | J | | |
| 199. Blackrock Int'l Index FD Inst'l Cl (MAIIX) | A | Dividend | J | T | Buy | 11/19/14 | J | | |
| 200. Deleware GRP Caps Emerging DEMIX | A | Dividend | J | T | | | | | |
| 201. JP Morgan Deposit Sweep MGD (QCPCM) | A | Interest | J | T | | | | | |
| 202. Brokerage Acct #6 (JP Morgan Chase)/ | | | | | | | | | |
| 203. JPM STR Inc Op Fd | A | Dividend | | | Sold (part) | 02/19/14 | J | A | |
| 204. | | | | | Sold | 02/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Harbor High Yield Bond Fund | A | Dividend | | | Sold (part) | 01/07/14 | J | A | |
| 206. | | | | | Sold | 04/29/14 | J | A | |
| 207. Harbor Convertible Securities Fund | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 208. SIT Mut. FDS Inc. Div. Growth (SDVG) | A | Dividend | | | Sold | 04/29/14 | J | B | |
| 209. Avenue Mut FDS TR* | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 210. Ridgeworth FDS SEIX FLRT | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 211. Gateway FD (GTEY) | A | Dividend | | | Sold | 03/17/14 | J | A | |
| 212. Matthews Asia Div. Inst (MIPI) | A | Dividend | | | Sold (part) | 03/17/14 | J | A | |
| 213. | | | | | Sold | 04/29/14 | J | A | |
| 214. Eaton Vance Floating Rate ADV (EIFA) | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 215. Black Rock High Yield Bd | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 216. Cohen and Steere Pref Sec. and Income Cl A (CSEIX) | A | Dividend | | | Sold (part) | 04/29/14 | J | A | |
| 217. | A | Distribution | | | Buy | 05/01/14 | J | | |
| 218. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 219. | | | | | Merged (with line 220) | 08/08/14 | J | | |
| 220. Cohen and Steere Real Estate Sec FD Cl 1 (CSDIX) | A | Dividend | J | T | Open | 08/08/14 | J | | |
| 221. | A | Distribution | | | Buy | 10/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 12/22/14 | J | A | |
| 223. Doubleline Total Ret BD-1 | A | Dividend | | | Buy | 03/18/14 | J | | |
| 224. | | | | | Sold | 04/29/14 | K | A | |
| 225. T Rowe Price Instl. Income Fs/D Floating Rate Fd | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 226. HSBC FDS Total Return 1 (HTRI) | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 227. Managed Portfolio Ser Tortoise Instl. (TORI) | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 228. Nuveen Global Infrastructure Share Class | A | Distribution | | | Sold | 01/17/14 | J | A | |
| 229. | A | Dividend | | | | | | | |
| 230. Clearbridge Equity (SOPY) | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 231. JPM Intrepid Europe FD (JFEI) | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 232. Metropoliotan West Total Return Institutional Share Class | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 233. Columbia FD SER TRT (NCIA) | A | Dividend | | | Buy (add'l) | 02/20/14 | J | | |
| 234. | | | | | Sold | 04/29/14 | J | A | |
| 235. JP Morgan Sweep Acc't | A | Interest | J | T | | | | | |
| 236. JPM Multisector Inc | A | Dividend | | | Buy | 03/17/14 | J | | |
| 237. | | | | | Sold | 04/29/14 | J | A | |
| 238. Alliance Bernstein Int. (AIDAX) | A | Dividend | J | T | Buy | 05/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 240. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 241. Aston/Fairpointe MidCap Inc. (ABMIX) | A | Dividend | K | T | Buy | 05/01/14 | J | | |
| 242. | B | Distribution | | | Buy (add'l) | 05/05/14 | J | | |
| 243. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 244. Fidelity Advisors New Iisights (FINSX) | A | Dividend | K | T | Buy | 05/01/14 | J | | |
| 245. | B | Distribution | | | Buy (add'l) | 05/05/14 | J | | |
| 246. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 247. Franklin NY Intermediateterm tax free Fd (FKNIX) | A | Dividend | | | Buy | 05/01/14 | J | | |
| 248. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 249. | | | | | Merged (with line 250) | 08/08/14 | J | | |
| 250. Franklin NY Tax Free TR (FNYZX | A | Dividend | J | T | Buy | 10/29/14 | J | | |
| 251. Goldman Sachs Small Cap (GSSIX) | A | Dividend | J | T | Buy | 05/01/14 | J | | |
| 252. | A | Distribution | | | Buy (add'l) | 05/05/14 | J | | |
| 253. Goldman Sachs Emerging Markets (GSDIX) | A | Dividend | J | T | Buy | 05/01/14 | J | | |
| 254. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 255. | | | | | Buy (add'l) | 10/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold (part) | 12/22/14 | J | A | |
| 257. Oakmark Fd (OAKMX) | A | Dividend | J | T | Buy | 05/01/14 | J | | |
| 258. | B | Distribution | | | Buy (add'l) | 05/05/14 | J | | |
| 259. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 260. JP Morgan TrII Small Cap Growth (JISEX) | A | Distribution | J | T | Buy | 05/01/14 | J | | |
| 261. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 262. JPM Diversified MidCap (HLGEX) | A | Distribution | J | T | Buy | 05/01/14 | J | | |
| 263. | A | Dividend | | | Buy (add'l) | 05/05/14 | J | | |
| 264. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 265. Oppenheimer Develop. Mkts FD Cl A (ODMAX) | A | Dividend | | | Buy | 05/01/14 | J | | |
| 266. | A | Distribution | | | Buy (add'l) | 05/05/14 | J | | |
| 267. | | | | | Merged (with line 268) | 08/08/14 | J | | |
| 268. Oppenheimer Develop kts FD Cl Y (ODYVX) | A | Dividend | K | T | Buy (add'l) | 10/29/14 | J | | |
| 269. | A | Distribution | | | Buy (add'l) | 12/22/14 | J | | |
| 270. TRPrice Summit Muncpl Fd (PRINX) | A | Dividend | J | T | Buy | 05/01/14 | J | | |
| 271. | A | Distribution | | | Buy (add'l) | 05/05/14 | J | | |
| 272. | | | | | Buy (add'l) | 09/22/14 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 274. TRPrice Tax Free (PRFHX) | A | Dividend | J | T | Buy | 05/01/14 | J | | |
| 275. | A | Distribution | | | Buy (add'l) | 05/05/14 | J | | |
| 276. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 277. iShates Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy | 05/05/14 | J | | |
| 278. | A | Distribution | | | Buy (add'l) | 09/22/14 | J | | |
| 279. iRussell 1000 Grth (IWF) | A | Dividend | K | T | Buy | 05/05/14 | J | | |
| 280. | B | Distribution | | | Buy (add'l) | 05/07/14 | J | | |
| 281. | | | | | Buy (add'l) | 10/28/14 | J | | |
| 282. iRussell 1000 ETF (IWB) | B | Distribution | K | T | Buy | 05/05/14 | J | | |
| 283. | A | Dividend | | | Buy (add'l) | 10/31/14 | J | | |
| 284. Dodge and Cox Fds Inter.(DODFX) | A | Dividend | J | T | Buy | 05/01/14 | J | | |
| 285. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 286. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 287. Dodge and Cox Stock Fds (DODGX) | A | Dividend | J | T | Buy | 05/01/14 | J | | |
| 288. | A | Distribution | | | Buy (add'l) | 05/05/14 | J | | |
| 289. | | | | | Buy (add'l) | 10/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. iShares MSCI EAFE ETF (EFA) | A | Dividend | K | T | Buy | 05/05/14 | J | | |
| 291. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 292. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 293. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 294. Brokerage Acct #7 (Morgan Stanley) | | | | | | | | | |
| 295. Invesco Hi-Yield Muni C (ACTFX) | A | Dividend | J | T | Buy | 07/01/14 | J | | |
| 296. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 297. Invesco Short Term Bond C | A | Dividend | | | Buy | 06/24/14 | J | | |
| 298. | | | | | Sold | 07/02/14 | J | A | |
| 299. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Line 13: This sweep fund (Prime Fund Daily Money Class) was the sweep account used by Equity Services for my IRA. It was in use in 2013 but I inadvertently failed to list it in the 2013 report. It never held more than $1,500 cash. When I transferred my IRA to TIAA-CREF in April, 2014 the Equity Servies sweep account was closed as indicated on my 2014 report because TIAA CREF uses its own sweep fund.

Part VII. Line 175. T. Rowe Price Tax Free (PATAX) was sold on Septemberr 5, 2013 at a loss. This sale should have appeared on the 2013 report. Its value was always under $15,000. This investment should not have been in the 2014 Report as it was not owned during the reporting periiod.

Part VII. Line 209. Ave Mut FDS TR: This fund was purchased in November of 2013 according to the statements from JP Morgan. It was inadvertently omitted from the 2013 report. Its value was (and is) under $15,000 and it produces income of under $1,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 09/29/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shira A. Scheindlin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544